UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

UNITED STATES OF AMERICA                                    Case No.  07 Cr. 01192-AKH

    -against-

                                                             **NOTICE OF APPEARANCE**

JUAN RAMON MENDEZ GONZALEZ

                                                Defendant.
--------------------------------------------------------------------------------x

TO: CLERK OF COURT E.D.N.Y.

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

    I AM APPEARING IN THIS ACTION

        1. [  ] CJA          2. [ X ] RETAINED      3. [  ] PUBLIC DEFENDER (Legal Aid)

    ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ X ] – IF YES GIVE YOUR DATE OF ADMISSION. MO. <u>JANUARY</u> YR. <u>1985</u>

    I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
       APRIL 7, 2008

                                      SIGNATURE:  <u>JUSTIN LEVINE</u>

                                      <u>JUSTIN LEVINE, ESQ.</u>
                                      Attorney for Defendant

                                      <u>SEIJAS, LEVINE & GREIFINGER</u>
                                      Firm name if any

                                      <u>191 East 161 Street</u>
                                      Street address

                                      <u>Bronx</u>         <u>New York</u>            <u>10451</u>
                                      City             State                  Zip

                                      <u>(718) 992-9600</u>
                                      Telephone

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

UNITED STATES OF AMERICA                                              Case No.   07 Cr. 01192-AKH

    -against-

                                                                    **NOTICE OF APPEARANCE**

JUAN RAMON MENDEZ GONZALEZ

                                     Defendant.
-------------------------------------------------------------------------------x

TO: CLERK OF COURT E.D.N.Y.

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

    I AM APPEARING IN THIS ACTION

        1. [  ] CJA       2. [ X ] RETAINED     3. [  ] PUBLIC DEFENDER (Legal Aid)

    ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [ X ] – IF YES GIVE YOUR DATE OF ADMISSION. MO. <u>JANUARY</u> YR. <u>1985</u>

    I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE NEW YORK STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW YORK.

DATED: BRONX, NEW YORK
       APRIL 7, 2008

                                                   SIGNATURE:  <u>JUSTIN LEVINE</u>

                                                   <u>JUSTIN LEVINE, ESQ.</u>
                                                   Attorney for Defendant

                                                   <u>SEIJAS, LEVINE & GREIFINGER</u>
                                                  Firm name if any

                                                  <u>191 East 161 Street</u>
                                                 Street address

                                                 <u>Bronx</u>         <u>New York</u>         <u>10451</u>
                                                 City            State            Zip

                                                 <u>(718) 992-9600</u>
                                                 Telephone